IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick M. Ellis, | No. CV 03-2186-PHX-EHC (MS) |
| Plaintiff, | **ORDER** |
| vs. | |
| Officer Bingaman, | |
| Defendant. | |

On March 30, 2006, Magistrate Judge Morton Sitver issued a Report and Recommendation [dkt. 27], recommending the dismissal with prejudice of Plaintiff's Complaint for failure to prosecute. Plaintiff has not filed an Objection or Response. Having reviewed the matter,

**IT IS ORDERED** that the Report and Recommendation [dkt. 27] is **ADOPTED IN PART**. Plaintiff's Complaint [dkt. 1] is **DISMISSED** without prejudice.

DATED this 15th day of May, 2006.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge